UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-354 (PAM/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) FINAL ORDER OF |
| | ) FORFEITURE |
| NIJM MUKHTAR EL-AMIN SCOTT, | ) |
| | ) |
| Defendant. | ) |

WHEREAS, on March 11, 2009, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States, pursuant to Title 18, United States Code, Sections 492 and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c):

a. Gateway laptop computer with thumb drive and related components, serial number 1015608R0082601A9B2600; and

b. HP Office Jet Pro printer, serial number 07893552001266.

WHEREAS, commencing on March 27, 2009 for 30 consecutive days, the plaintiff posted notice of the forfeiture of the above-described property on an official government internet site (www.forfeiture.gov), providing notice of the plaintiff's intent to dispose of the property in accordance with law, and of the right of third parties to petition the

Court within 60 days of the first publication date for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the foregoing property is hereby forfeited to and vested in the United States of America pursuant to Title 18, United States Code, Sections 492 and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c); and

2. the foregoing property shall be disposed of by the Attorney General in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 13, 2009        s/Paul A. Magnuson
                            PAUL A. MAGNUSON, Judge
                            United States District Court